

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-21-00234-CV**

**IN RE ELIZABETH MCCLENDON**

_____

**Original Proceeding**

**From the 170th District Court**
**McLennan County, Texas**
**Trial Court No. 2021-1045-4**

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus filed on September 14, 2021, is denied.


STEVE SMITH
Justice

Before Chief Justice Gray,
    Justice Johnson,
    and Justice Smith
Petition denied
Opinion delivered and filed December 1, 2021
[OT06]

